**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**UNITED STATES OF AMERICA**     :     **CRIMINAL NO. 2:23-cr-00056-01**

**VERSUS**     :     **JUDGE JAMES D. CAIN, JR.**

**JUAN AUDEL USCANGA-TIRADO**     :     **MAGISTRATE JUDGE KAY**

## <u>JUDGMENT</u>

Before the court is a Report and Recommendation [doc. 32] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 34] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Indictment.

Sentencing is set for June 27, 2023, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 1st day of June, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**